UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:12-cr-95-LRH-VPC |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| JOSE CARRILLO-SANCHEZ, | ) | |
| Defendant. | ) | |

Defendant, <u>JOSE CARRILLO-SANCHEZ</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

*José carrillo Sánchez*
Defendant

_____
Counsel for Defendant

*Brian L. Sullivan*
Assistant U.S. Attorney

DATED this 8 day of January, 2013.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY